## UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS - WICHITA

|  |  |
|---|---|
| Ad Astra Recovery Services, Inc.<br><br>Plaintiff,<br><br>vs.<br><br>John Clifford Heath, Esq.; John C. Heath, Attorney at Law, PLLC d/b/a Lexington Law Firm; Progrexion Holdings, Inc. d/b/a "Progrexion;" Progrexion Teleservices, Inc. d/b/a "Progrexion;" Kevin Jones, Esq.; Adam C. Fullman, Esq.; Lexington Consumer Advocacy, LLC; and XYZ Corps. 1-20; John Does 1-20.<br><br>Defendant. | Civil Action No.: 18-1145-JWB<br><br>**APPLICATION FOR CLERK'S<br>ENTRY OF DEFAULT** |

Plaintiff, Ad Astra Recovery Services, Inc. requests the entry of default under Federal Rule of Civil Procedure 55(a) and Local Civ. R. 77.2(a)(6) against Defendant Lexington Consumer Advocacy, LLC for failure to timely respond to the complaint within the time allowed by law. A proposed Certificate of Default will be separately submitted to the Court.

Dated: Wichita, Kansas, September 12, 2018.

**THOMPSON LAW FIRM, LLC**

By: s/ Lee Thompson
    Lee Thompson, No. 8361
    106 East 2nd Street
    Wichita, Kansas 67202
    Telephone: (316) 267-3933
    Fax: (316) 267-3901
    Email: lthompson@tslawfirm.com

    *Attorneys for Plaintiff Ad Astra Recovery Services, Inc.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 12, 2018 a true and correct copy of the foregoing has been furnished electronically by the CM/ECF system to all parties of record.

      **__s/ Lee Thompson_____**