**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| AD ASTRA RECOVERY SERVICES, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 18-1145-JWB |
| JOHN CLIFFORD HEATH, ESQ., *et al.*, | ) ) | |
| Defendants. | ) | |

## ORDER

This matter comes before the Court on the parties' joint request to modify the scheduling order. For good cause shown, the court modifies the scheduling order as follows:

1. If expert testimony is used in this case, disclosures required by Fed. R. Civ. P. 26(a)(2), including reports from retained experts, must be served by plaintiff by **August 20, 2019,** and by defendants by **September 19, 2019**; disclosures and reports by any rebuttal experts must be served by **October 18, 2019.**

2. All discovery must be commenced or served in time to be completed by **November 20, 2019.**

3. Pursuant to Fed. R. Civ. P. 16(e), a pretrial conference is scheduled for **December 5, 2019, at 1:30 p.m.** in Topeka Courtroom 470. Attorneys who wish to appear at the final pretrial conference by phone may do so by sending an email to chambers seven (7) calendar days before the date of the hearing. Unless otherwise notified, the undersigned U.S. Magistrate Judge will conduct the conference.  No later than **November 29, 2019,** defense counsel must submit the parties' proposed pretrial order as an attachment to an e-mail sent to *ksd_mitchell_chambers@ksd.uscourts.gov.*

4. All motions to exclude testimony of expert witnesses pursuant to Fed. R. Evid. 702-705, *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993), *Kumho Tire Co. v. Carmichael*, 526 U.S. 137 (1999), or similar case law, must be filed by **December 18, 2019**.

5. All potentially dispositive motions (e.g., motions for summary judgment), must be filed by **December 18, 2019.**

6. Paragraph 3(f) of the scheduling order is amended to the extent that it previously stated that the parties were "strongly encouraged to consider arranging a telephone conference" before filing any discovery-related motion, but that such a conference was not mandatory.  That Paragraph is now amended to provide that the parties "shall arrange a telephone conference with the undersigned magistrate judge *before* filing such a motion. Parties may arrange a conference by emailing the undersigned's chambers at *ksd_mitchell_chambers@ksd.uscourts.gov* and providing a brief, nonargumentative explanation of the dispute and stating the approximate amount of time they believe they will need with the court to discuss the issue before filing the anticipated motion."

7. Paragraph 3(g) of the scheduling order is amended to state that "the undersigned understands that some judges in this District prefer that parties file motions to compel on or before the 30-day time period set forth in D. Kan. Rule 37.1(b) expires—e.g., when the parties are continuing to meet and confer to resolve discovery issues. The undersigned has not and does not presently intend to adopt any such practice.  Categorical motions for extensions of that deadline are generally hypothetical and unmeritorious in the abstract.  For example, they rarely specify any particular

2

discovery dispute that is anticipated or articulate the parties' diligence in attempting to meet and confer with respect to any issues. Therefore, they generally fail to demonstrate good cause sufficient to warrant an extension of time to bring any particular discovery dispute before the court.  Motions to compel filed after the 30-day time period will not be denied as untimely solely because a party did not file a motion for an extension of that deadline. The undersigned will, however, expect any party that files a motion to compel to comply with D. Kan. Rule 37.1(b) by setting forth their diligence in attempting to resolve the discovery dispute at issue."

8.  All other provisions of the original scheduling order remain in effect.

**IT IS SO ORDERED.**

Dated April 26, 2019, at Topeka, Kansas.

s/ Angel D. Mitchell_____
Angel D. Mitchell
U.S. Magistrate Judge
