UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS – WICHITA

| | |
|---|---|
| AD ASTRA RECOVERY SERVICES, INC. § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> JOHN CLIFFORD HEATH, ESQ., § <br> JOHN C. HEATH, ATTORNEY AT LAW, § <br> PLLC d/b/a LEXINGTON LAW FIRM; § <br> PROGREXION HOLDINGS, INC. d/b/a § <br> "PROGREXION," PROGREXION § <br> TELESERVICES, INC. d/b/a § <br> PROGREXION; KEVIN JONES, ESQ; § <br> ADAM C. FULLMAN, ESQ.; and XYZ § <br> CORPS 1-20; JOHN DOES 1-20, § <br> § <br> Defendants. § <br> § | CASE NO. 6:18-cv-01145-JWB-KGS |

**JOINT MOTION FOR EXTENSION OF DISCOVERY AND OTHER DEADLINES**

Plaintiff and Defendants hereby move, pursuant to D. Kan. L.R. 6.1, the discovery conference conducted on December 3, 2019, and the agreement of the Parties, for an extension of certain deadlines set forth in the Second Amended Scheduling Order, dated October 31, 2019 (Dkt. No. 86). In support of the Motion, undersigned counsel states as follows:

1. On December 3, 2019, the Court held a discovery conference.

2. During the discovery conference, counsel for Plaintiff noted that although Defendants served their expert disclosures on the deadline set by the Second Amended Scheduling Order (Wednesday, November 27, 2019), because Thanksgiving was the day following and their office was closed the day after Thanksgiving, they only had three business days to locate a rebuttal expert and complete rebuttal reports (which were due December 4, 2019), which would not be possible.

3. Counsel for Defendants noted that Plaintiffs had served an expert report on November 6, 2019, the deadline set in the Second Amended Scheduling Order, and then served a supplemental expert report on November 26, 2019.

4. The Court indicated that it was inclined to extend the schedule for expert disclosures, and directed the Parties to meet and confer regarding a proposed new schedule.

5. During the discovery conference, the Parties also raised other discovery issues, and the Court indicated that in light of the ongoing discovery issues, it was inclined to extend the fact discovery deadline as well. The Court directed the Parties to meet and confer regarding a proposed new schedule.

6. Resetting the expert disclosure deadlines and extending fact discovery affects other deadlines and events, namely the pretrial conference currently set for December 17, 2019, as well as the December 20, 2019 deadline to file and/or submit the following: (1) motions to exclude testimony of expert witnesses pursuant to Fed. R. Evid. 702-705, *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993), *Kumho Tire Co. v. Carmichael*, 526 U.S. 137 (1999); (2) all potentially dispositive motions (e.g., motions for summary judgment); and (3) the Parties' proposed pretrial order. Therefore, at the Court's direction, the Parties have also conferred regarding alternate dates for the pretrial conference and deadlines for the other pretrial filings.

7. Under Fed. R. Civ. P. 16(b)(4), "[a] schedule may be modified only for good cause and with the judge's consent."

8. These extensions are requested for the following reasons:

a. As set forth *supra*, because the Thanksgiving holiday left Plaintiff only three business days to review Defendants' expert reports, locate any potential rebuttal experts, and prepare rebuttal reports, Plaintiff requires additional time.

b. Plaintiff served a supplemental expert report on November 26, 2019, the day before Defendants' expert disclosures were due on November 27, 2019. The Defendants require additional time to review Plaintiff's supplemental report, and potentially respond.

c. The parties are continuing their rolling productions of documents, and there remain significant disputes about the scope of the Parties' productions, on which the Parties are meeting and conferring.

d. The parties continue to conduct depositions, and the current discovery schedule does not provide sufficient time to accomplish this.

e. In sum, the Parties are seeking to complete fact and expert discovery as diligently as possible; however, the December holidays and the resulting difficulties in scheduling fact and expert witnesses counsel in favor of extending certain deadlines into early 2020.

f. Accordingly, good cause exists to modify the schedule as follows:

| Event | Current Deadline | Proposed Modified Deadline |
|---|---|---|
| Disclosure of Rebuttal Experts and Rebuttal Reports | December 3, 2019 | January 10, 2019 |
| Close of Discovery | December 11, 2019 | January 24, 2019 |
| Pretrial Conference | December 17, 2019 | January 31, 2019 |
| Motions to exclude expert testimony | December 20, 2019 | February 14, 2019 |
| Dispositive Motions | December 20, 2019 | February 14, 2019 |
| Submission of Parties' proposed pretrial order | December 20, 2019 | February 14, 2019 |

Dated:  December 9, 2019

Respectfully submitted,

| | |
|---|---|
| THOMPSON LAW FIRM, LLC, | SANDBERG PHOENIX & von GOTARD P.C., |
| /s/ *Lee Thompson* | /s/ *Philip R. Dupont* |
| Lee Thompson, No. 8361 | Philip R. Dupont |
| 106 East 2nd Street | 4600 Madison Avenue, Suite 1000 |
| Wichita, Kansas 67202 | Kansas City, MO 64112 |
| (316) 267-3933 (Phone) | 816-627-5332 (Phone) |
| (316) 267-3901 (Fax) | 8160627-5532 (Fax) |
| Email: lthompson@tslawfirm.com | E-mail: pdupont@sandbergphoenix.com |
| BLANK ROME LLP | QUINTAIROS, PRIETO, WOOD & BOYER, P.A. |
| Hilary Korman (*Pro Hac Vice*) | |
| Scott Wortman (*Pro Hac Vice*) | Frank Alvarez (*Pro Hac Vice*) |
| John Kessler (*Pro Hac Vice*) | Brent W. Martinelli (*Pro Hac Vice*) |
| 1271 Avenue of the Americas | 1700 Pacific, Suite 4545 |
| New York, New York 10174 | Dallas, Texas 75201 |
| Email: swortman@blankrome.com | 214-754-8755 (Phone) |
| Email: hkorman@blankrome.com | 214-754-8744 (Fax) |
| Email: jkessler@blankrome.com | E-mail: brent.martinelli@qpwblaw.com |
| (212) 885-5000 (Phone) | E-mail: frank.alvarez@qpwblaw.com |
| (212) 885-3078 (Fax) | |
| | WILLIAMS & CONNOLLY LLP |
| Nicholas Harbist (*Pro Hac Vice*) | |
| 300 Carnegie Center Suite 220 | Edward J. Bennett (*Pro Hac Vice*) |
| Princeton, New Jersey 08540 | Edward C. Barnidge (*Pro Hac Vice*) |
| Email: Harbist@blankrome.com | Wendy Z. Zupac (*Pro Hac Vice*) |
| (609) 750-7700 (Phone) | 725 12th Street, NW |
| (609) 750-7701 (Fax) | Washington, DC 20005 |
| | 202-434-5231 (Phone) |
| | 202-434-5029 (Fax) |
| | E-mail: ebennett@wc.com |
| | E-mail: ebarnidge@wc.com |
| | Email: wzupac@wc.com |

4

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 9, 2019, a true copy of the foregoing pleading was filed on the CM/ECF system, which will send notification of such filing to all parties and counsel in this case.

/s/ *Philip R. Dupont*
Philip R. Dupont