### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| AD ASTRA RECOVERY SERVICES, | |
| Plaintiff, | |
| v. | Case No. 18-1145-JWB-ADM |
| JOHN CLIFFORD HEATH, et al., | |
| Defendants | |

### THIRD AMENDED SCHEDULING ORDER

This matter comes before the court on the parties' Joint Motion for Extension of Discovery and Other Deadlines (ECF No. 101). The court denies in the motion as to the parties' proposed deadline for submission of the proposed pretrial order, which the parties need to submit sufficiently in advance of the pretrial conference. The court grants the motion in all other respects. For the reasons stated in the parties' joint motion, the court finds good cause to modify the scheduling order as follows:

1. All discovery must be commenced or served in time to be completed by **January 24, 2020.** As previously stated during the discovery conference on December 3, 2019, discovery is extended only for the purpose of wrapping up depositions and expert disclosures.

2. Rebuttal expert disclosures required by Fed. R. Civ. P. 26(a)(2), must be served by **January 10, 2020.**

3. Pursuant to Fed. R. Civ. P. 16(e), a pretrial conference is scheduled for **February 7, 2020, at 10:00 a.m.** in the Frank Carlson Building, Courtroom 470, Topeka, Kansas, or by telephone (888-363-4749; access code 3977627). The court will typically conduct the pretrial

1

conference in person, and allow attorneys who wish to appear by phone to do so by sending an email to chambers seven (7) calendar days before the date of the hearing. However, the judge may require all parties to appear in person if the judge determines the pretrial order is not in the appropriate format or that there are other problems requiring counsel to appear in person. No later than **January 31, 2020,** defense counsel must submit the parties' proposed pretrial order as an attachment to an e-mail sent *to ksd_mitchell_chambers@ksd.uscourts.gov.*

4. All motions to exclude testimony of expert witnesses pursuant to Fed. R. Evid. 702-705, *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993), *Kumho Tire Co. v. Carmichael*, 526 U.S. 137 (1999), or similar case law, must be filed by **February 14, 2020**.

5. All potentially dispositive motions (e.g., motions for summary judgment), must be filed by **February 14, 2020.**

6. All other provisions of the original scheduling order, and any amendments thereto, remain in effect unless specifically modified herein. This third amended scheduling order will not be modified except by leave of court upon a showing of good cause.

**IT IS THEREFORE ORDERED** that the parties' Joint Motion for Extension of Discovery and Other Deadlines (ECF No. 101) is granted in part and denied in part.

**IT IS SO ORDERED.**

Dated December 10, 2019, at Topeka, Kansas.

                                                    s/ Angel D. Mitchell
                                                   Angel D. Mitchell
                                                   U.S. Magistrate Judge