IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

AD ASTRA RECOVERY SERVICES,

    Plaintiff,

    v.

JOHN CLIFFORD HEATH, et al.,

    Defendants

Case No. 18-1145-JWB-ADM

**FOURTH AMENDED SCHEDULING ORDER**

This matter comes before the court on the parties' Joint Motion for Extension of Discovery and Other Deadlines (ECF No. 139). For essentially the reasons stated in the parties' joint motion, the court finds good cause to modify the scheduling order. However, in some cases, the court has deviated slightly from the parties' proposed deadlines. The court modifies the scheduling order as follows:

    1.    Defendants have up to and including **January 29, 2020,** to answer or otherwise respond to plaintiff's amended complaint.

    2.    All discovery must be commenced or served in time to be completed by **March 13, 2020.**

    3.    Any additional affirmative expert disclosures made pursuant to Fed. R. Civ. P. 26(a)(2), including expert reports, must be served by **February 21, 2020,** with rebuttal expert disclosures and reports served by **March 13, 2020**.

    4.    All motions to exclude testimony of expert witnesses pursuant to Fed. R. Evid. 702-705, *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993), *Kumho Tire Co. v. Carmichael*, 526 U.S. 137 (1999), or similar case law, must be filed by **April 17, 2020**.

5. All potentially dispositive motions (e.g., motions for summary judgment), must be filed by **April 17, 2020.**

6. Pursuant to Fed. R. Civ. P. 16(e), a pretrial conference is scheduled for **April 3, 2020, at 1:30 p.m.;** this pretrial conference will be conducted held in Courtroom 470 in the U.S. Courthouse in Topeka, Kansas. Attorneys who wish to appear at the final pretrial conference by phone may do so by sending an email to chambers seven (7) calendar days before the date of the hearing. Unless otherwise notified, the undersigned U.S. Magistrate Judge will conduct the conference. No later than **March 27, 2020,** defense counsel must submit the parties' proposed pretrial order as an attachment to an e-mail sent *to ksd_mitchell_chambers@ksd.uscourts.gov.*

7. Plaintiff's deadline to respond to defendants' motion to compel (ECF No. 123) is extended to **January 24, 2020,** and defendants' reply brief is due by **January 31, 2020.** The parties shall adhere to the page limitations previously imposed.

8. All other provisions of the scheduling order, as modified by any amendments, remain in effect unless specifically modified herein. This amended scheduling order will not be modified except by leave of court upon a showing of good cause.

**IT IS THEREFORE ORDERED** that on the parties' Joint Motion for Extension of Discovery and Other Deadlines (ECF No. 139) is granted.

**IT IS SO ORDERED.**

Dated January 8, 2020, at Topeka, Kansas.

> s/ Angel D. Mitchell
> Angel D. Mitchell
> U.S. Magistrate Judge