**UNITED STATES DISTRICT COURT**
**DISTRICT OF KANSAS - WICHITA**

|  |  |
|---|---|
| Ad Astra Recovery Services, Inc.<br><br>Plaintiff,<br><br>vs.<br><br>John Clifford Heath, Esq.; John C. Heath, Attorney at Law, PLLC d/b/a Lexington Law Firm; Progrexion Holdings, Inc. d/b/a "Progrexion;" Progrexion Teleservices, Inc. d/b/a "Progrexion;" Kevin Jones, Esq.; Adam C. Fullman, Esq.; Lexington Consumer Advocacy, Inc.; and XYZ Corps. 1-20; John Does 1-20.<br><br>Defendant. | Civil Action No.: 18-1145-JWB |

**PLAINTIFF'S MOTION FOR AUTHORIZATION TO ISSUE SUBPOENAS TO EQUIFAX, EXPERIAN, AND TRANSUNION**

Plaintiff, Ad Astra Recovery Services, Inc. ("Ad Astra" or "Plaintiff") hereby moves for an Order under 15 U.S. Code § 1681b(a)(1) authorizing Plaintiff to issue subpoenas to the major three credit reporting bureaus: Equifax, Experian, and TransUnion (collectively, the "Bureaus"). Plaintiff seeks to obtain records from the Bureaus regarding electronic dispute correspondence submitted by John C. Heath, Attorney at Law, PLLC d/b/a Lexington Law Firm on behalf of its individual clients, which records are protected by the Fair Credit Reporting Act. An Order of this Court pre-authorizing the subpoenas under 15 U.S. Code § 1681b(a)(1) is therefore necessary.

Copies of the proposed subpoenas are attached as Exhibit A to this motion.

WHEREFORE, Plaintiff requests that this Motion be granted in its entirety, and for such other and further relief as is just and appropriate.

1

Dated: March 12, 2020, Wichita, Kansas

              Respectfully submitted,

              THOMPSON LAW FIRM, LLC

By: s/ *Lee Thompson*
    Lee Thompson, No. 8361
    Thompson Law Firm LLC
    1919 N. Amidon, Suite 315
    Wichita, Kansas 67203
    Telephone: (316) 267-3933
    Fax: (316) 267-3901
    Email: lthompson@tslawfirm.com

    *- and –*

        BLANK ROME LLP

    Scott E. Wortman (*Pro Hac Vice*)
    Inbal Garrity (*Pro Hac Vice)*
    John Kessler (*Pro Hac Vice*)
    1271 Avenue of the Americas
    New York, New York 10020
    swortman@blankrome.com
    (212) 885-5000 (Phone)
    (212) 885-3078 (Fax)

    Nicholas Harbist (*Pro Hac Vice*)
    300 Carnegie Center
    Suite 220
    Princeton, New Jersey 08540
    Harbist@blankrome.com
    (609) 750-7700 (Phone)
    (609) 750-7701 (Fax)

    Maria Vigilante (*Pro Hac Vice*)
    500 East Broward Boulevard
    Suite 2100
    Fort Lauderdale, FL 33394
    mvigilante@blankrome.com
    (954) 512-1800 (Phone)
    (813) 433-5564 (Fax)

                                          William L. Purtell (*Pro Hac Vice*)
                                        1700 PNC Center
                                        201 East Fifth Street
                                        Cincinnati, OH 45202
                                        wpurtell@blankrome.com
                                        (513) 362-8750 (Phone)
                                        (513) 362-8769 (Fax)

                                        *Attorneys for Plaintiff Ad Astra*
                                        *Recovery Services, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned does hereby certify that on this 12th day of March, 2020, a true and correct copy of the foregoing Motion to Compel was filed electronically via the court's CM/ECF filing system which will send notification of such filing to all counsel of record.

                                                        s/ *Lee Thompson*
                                                        Lee Thompson