UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS – WICHITA

| | |
|---|---|
| AD ASTRA RECOVERY SERVICES, INC. §<br>§<br>Plaintiff, §<br>§<br>v. §<br>§<br>JOHN CLIFFORD HEATH, ESQ.; JOHN C. §<br>HEATH, ATTORNEY AT LAW, PC D/B/A §<br>LEXINGTON LAW FIRM; PGX HOLDINGS, §<br>INC.; PROGREXION HOLDINGS, INC.; §<br>PROGREXION TELESERVICES, INC.; §<br>PROGREXION ASG, INC.; PROGREXION §<br>MARKETING, INC.; PROGREXION IP, INC.; §<br>KEVIN JONES, ESQ.; ADAM C. FULLMAN, §<br>ESQ.; and JEFFREY R. JOHNSON, §<br>§<br>Defendants. §<br>§ | CASE NO. 6:18-cv-01145-JWB-ADM |

**JOINT MOTION TO AMEND THE AMENDED TRIAL SCHEDULING ORDER
TO RESET THE *IN LIMINE* HEARING**

The Parties in this action jointly and respectfully move this Court to amend the Amended Trial Scheduling Order ("the Order"), ECF No. 406 to reset the date of the hearing on motions *in limine* from October 25, 2021 to August 31, 2021, or any earlier date that is convenient for the Court. The Parties do not seek to amend any other pretrial deadlines. In support of this motion, the Parties state as follows:

1. The Court entered the Order on April 16, 2021, setting the hearing on the Parties' pending motions *in limine* (the "hearing") on October 25, 2021, one week before trial commences on November 1, 2021. (ECF No. 406.)

2. The Parties' motions *in limine* are fully briefed and the Parties are prepared to present argument on those motions at the Court's convenience.

15303439.v1

3. The Court's ruling on the pending motions *in limine* will substantially affect the Parties' trial preparation and trial-related submissions that currently are scheduled to occur prior to the hearing, including exchanges of final witness and exhibit lists, requests leave to present deposition testimony at trial, exchanges of deposition designations, submissions of proposed instructions and verdict forms, and proposed *voir dire* questions.  (*See* ECF No. 406.)

4. Resolution of the Parties' motions *in limine* in August or September 2021 would help the Parties avoid disputes relating to the above submissions, sparing the Court and the Parties the time and expense of litigating and resolving the same.

5. Resolution of the Parties' motions *in limine* in August or September 2021 also would permit the Parties to present a more streamlined and efficient trial.

6. The Parties therefore jointly request that the hearing on the Parties' motions *in limine* be moved to August 31, 2021, or any earlier date that is convenient for the Court.

7. A proposed order effecting the relief requested is attached as an exhibit to this motion.

Date:  May 28, 2021

| THOMPSON LAW FIRM, LLC | SANDBERG PHOENIX & VON GONTARD P.C. |
|---|---|
| By: *s/ Lee Thompson* _____ <br> Lee Thompson, No. 8361 <br> 1919 N. Amidon, Ste. 315 <br> Wichita, Kansas 67203 <br> Telephone: (316) 267-3933 <br> Fax: (316) 267-3901 <br> Email: lthompson@tslawfirm.com | *By: s/ Ross Boden* <br> Ross Boden, KS # 24602 <br> 4600 Madison Avenue, Suite 1000 <br> Kansas City, MO 64112 <br> T: 816-627-5332 <br> F: 816-627-5532 <br> Email: rboden@sandbergphoenix.com |
| *- and -* | *Counsel for Defendants* |
| **BLANK ROME LLP** | **QUINTAIROS, PRIETO, WOOD & BOYER, P.A.** |

2

15303439.v1

Scott E. Wortman (*Pro Hac Vice*)
Inbal Garrity (*Pro Hac Vice)*
John Kessler (*Pro Hac Vice*)
1271 Avenue of the Americas
New York, New York 10020
swortman@blankrome.com
hkorman@blankrome.com
(212) 885-5000 (Phone)
(212) 885-3078 (Fax)

Nicholas Harbist (*Pro Hac Vice*)
300 Carnegie Center
Suite 220
Princeton, New Jersey 08540
Harbist@blankrome.com
(609) 750-7700 (Phone)
(609) 750-7701 (Fax)

Maria Vigilante (*Pro Hac Vice*)
500 East Broward Boulevard
Suite 2100
Fort Lauderdale, FL 33394
mvigilante@blankrome.com
(954) 512-1800 (Phone)
(813) 433-5564 (Fax)

William L. Purtell (*Pro Hac Vice*)
1700 PNC Center
201 East Fifth Street
Cincinnati, OH 45202
wpurtell@blankrome.com
(513) 362-8750 (Phone)
(513) 362-8769 (Fax)

*Attorneys for Plaintiff Ad Astra Recovery Services, Inc.*

Brent W. Martinelli (*Pro Hac Vice*)
1700 Pacific, Suite 4545
Dallas, TX 75201
T: (214) 754-8755
F: (214) 754-8744
Email: brent.martinelli@qpwblaw.com
*Counsel for Defendant Kevin Jones*

*- and -*

**WILLIAMS & CONNOLLY, LLP**

Edward J. Bennett (*Pro Hac Vice*)
Edward C. Barnidge (*Pro Hac Vice*)
John Turquet Bravard (*Pro Hac Vice*)
Carolyn M. Wesnousky (*Pro Hac Vice*)
Daniel Whiteley (*Pro Hac Vice*)
Suzanne Salgado (*Pro Hac Vice*)
John Hannon (*Pro Hac Vice*)
725 Twelfth Street, N.W.
Washington, DC 20005
T: 202-434-5000
F: 202-434-5029
Email: ebennett@wc.com
Email: ebarnidge@wc.com
Email: jturquetbravard@wc.com
Email: cwesnousky@wc.com
Email: dwhiteley@wc.com
Email: ssalgado@wc.com
Email: jhannon@wc.com

*Counsel for Defendants John C. Heath, Lexington Law Firm, Progrexion Holdings, Inc., Progrexion Teleservices, Inc., Adam C. Fullman, PGX Holdings, Inc., Progrexion ASG, Inc., Progrexion Marketing, Inc., Progrexion IP, Inc., and Jeffrey R. Johnson.*

15303439.v1