IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

AD ASTRA RECOVERY SERVICES, INC.,

        Plaintiff,

v.                                          Case No. 18-1145-JWB

JOHN C. HEATH, et al.,

        Defendants.

**AMENDED TRIAL SCHEDULING ORDER**

      This matter is currently set for trial on November 1, 2021. Due to the complexity of this matter, the court finds that it would benefit from the submission of trial briefs. Plaintiff is instructed to submit a trial brief on or before October 4, 2021. Plaintiff's brief must set forth the elements of each claim and describe the evidence Plaintiff will introduce at trial that will establish the elements of each claim. Defendants are to submit a joint responsive trial brief on or before October 18. In that brief, Defendants must identify the elements of Plaintiff's claims which are in dispute, address the sufficiency of Plaintiff's proffered evidence on the elements, describe the evidence that Defendants believe will negate any elements of Plaintiff's claims, and describe the evidence that will support any affirmative defenses.

      The deadlines in the previous amended scheduling order (Doc. 406) remain in effect and are not modified by this order.

                                    s/ John W. Broomes
                                    JOHN W. BROOMES
                                    UNITED STATES DISTRICT JUDGE