UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS – WICHITA

| | |
|---|---|
| AD ASTRA RECOVERY SERVICES, INC. § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> JOHN CLIFFORD HEATH, ESQ., § <br> JOHN C. HEATH, ATTORNEY AT LAW, § <br> PC d/b/a LEXINGTON LAW FIRM; PGX § <br> HOLDINGS, INC.; PROGREXION § <br> HOLDINGS, INC.; PROGREXION § <br> TELESERVICES, INC.; PROGREXION § <br> ASG, INC.; PROGREXION § <br> MARKETING, INC.; PROGREXION IP, § <br> INC. d/b/a "PROGRXION"; KEVIN § <br> JONES, ESQ.; ADAM C. FULLMAN, § <br> ESQ.; and JEFFREY R. JOHNSON, § <br> § <br> Defendants. | CASE NO. 6:18-cv-01145-JWB-ADM |

## **MOTION FOR LEAVE TO APPEAR PRO HAC VICE**

Pursuant to D. Kan. Rule 83.5.4., I, Ross Boden of Sandberg Phoenix & von Gontard P.C., move that Emma Nino of Williams & Connolly LLP be admitted to practice in the United States District Court for the District of Kansas on behalf of Defendants John Clifford Heath, John C. Heath, Attorney at Law, PC d/b/a Lexington Law Firm, Progrexion Holdings, Inc., Progrexion Teleservices, Inc., Adam C. Fullman., PGX Holdings, Inc., Progrexion ASG, Inc., Progrexion Marketing, Inc., Progrexion IP, Inc., and Jeffrey R. Johnson., for purposes of this case only.

I certify that I am a member in good standing of the Bar of this Court and that in compliance with D. Kan. Rule 83.5.4(c), I will sign all pleadings and other papers which are signed and filed by said attorney.  I also agree that I will participate meaningfully in the preparation and trial of this case, to the extent required by the Court.

15901181.v1

Pursuant to D. Kan. Rule 83.5.4 (a), I have attached the required affidavits in support of this Motion. I have also verified that the information contained in the affidavits is true and accurate.

Date: September 21, 2021                    SANDBERG PHOENIX & von GONTARD P.C.

By:  */s/ Ross Boden*
Ross Boden, KS# 24602
4600 Madison Avenue, Suite 1000
Kansas City, MO  64112
816-627-5332
816-627-5532 (Fax)
E-mail:  rboden@sandbergphoenix.com

*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on September 21, 2021, a true copy of the foregoing pleading was filed on the CM/ECF system, which will send notification of such filing to all parties and counsel in this case.

 */s/ Ross Boden*

15901181.v1