# United States District Court

------------------------- DISTRICT OF KANSAS--------------------------

AD ASTRA RECOVERY SERVICES, INC.,

        Plaintiff,

v.                                                                                                          Case No. 18-1145-JWB

JOHN CLIFFORD HEATH; JOHN C. HEALTH,
ATTORNEY AT LAW, PC d/b/a LEXINGTON LAW FIRM;
PGX HOLDINGS, INC.; PROGREXION HOLDINGS, INC.;
PROGREXION TELESERVICES, INC.; PROGREXION
ASG, INC.; PROGREXION MARKETING, INC.;
PROGREXION IP, INC. d/b/a "PROGREXION";
KEVIN JONES; ADAM C. FULLMAN; and JEFFREY R. JOHNSON,

        Defendants.

## JUDGMENT IN A CIVIL CASE

☒    Jury Verdict.  This action came before the Court for a jury trial.  The issues have been tried and the jury has rendered its verdict.

☐    Decision by the Court.  This action came before the Court.  The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that pursuant to the jury verdict judgment is entered in favor of all Defendants.  Plaintiff's claims against Defendants are dismissed.

    November 19, 2021                          SKYLER B. O'HARA
        Date                                           CLERK OF THE DISTRICT COURT

                                                            by:   s/ Joyce Roach
                                                                   Deputy Clerk